**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| ADAIR C. EBERSOLE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 23-CV-00436 |
| FIAT CHRYSLER AUTOMOBILES US LLC | * | |
| a/k/a FCA US, LLC | * | |
| a/k/a CHRYSLER GROUP, LLC | | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**FCA US LLC'S DISCLOSURE OF CORPORATE INTEREST**

Pursuant to F.R.C.P. 7.1 and Local Rule 103.3 of the United States District Court for the District of Maryland, Defendant, FCA US LLC, through undersigned counsel, submits the following corporate disclosure statement:

1. Corporate affiliation of Defendant, FCA US LLC:

    FCA US LLC is a Delaware limited liability company with its principal place of business in Auburn Hills, Michigan. FCA US LLC's sole member is FCA North America Holdings LLC.

    FCA North America Holdings LLC is a Delaware limited liability company with its principal place of business in Auburn Hills, Michigan. FCA North America Holdings LLC's sole member is FCA Foreign Sales Holdco Ltd.

    FCA Foreign Sales Holdco Ltd. is a UK company with its principal place of business in West Midlands, United Kingdom. FCA Foreign Sales Holdco Ltd. is 100% owned by SFS UK 1 Limited.

    SFS UK 1 Limited is a UK company with its principal place of business in West Midlands, United Kingdom. SFS UK 1 Limited is 100% owned by Stellantis N.V. (formerly Fiat Chrysler Automobiles N.V.).

    Stellantis N.V. is a publicly traded company organized and existing under the laws of the Netherlands, with its principal place of business in Hoofddorp, Netherlands.

2. List any entity, not a party to the case, which may have a financial interest in the outcome of the litigation:

FCA North America Holdings LLC, FCA Foreign Sales Holdco Ltd., SFS UK 1 Limited, and Stellantis N.V. have a financial interest in the outcome of the litigation.

Dated:  February 17, 2023                     Respectfully submitted,

/s/ Kevin J. Penhallegon
Michael A. Brown, Esq. (Bar No. 07483)
Kevin J. Penhallegon, Esq. (Bar No. 18997)
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 South Charles Street, Suite 1600
Baltimore, Maryland 21201
Phone: (443) 392-9417
Fax: (443) 392-9499
mike.brown@nelsonmullins.com
kevin.penhallegon@nelsonmullins.com

*Attorneys for Defendant, FCA US LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February 2023, a copy of the foregoing FCA US LLC's Disclosure of Corporate Interest was filed via CM/ECF and served on all parties of record via first class mail, postage-prepaid as follows:

Patrick Preller, Esq
Preller Law Firm, LLC
16 S. Frederick Street, 3rd Floor
Baltimore, Maryland 21202

*Counsel for Plaintiff*

/s/ Kevin J. Penhallegon
Kevin J. Penhallegon, Esq.